582

*ant* Attorney General *Galloway,* and *Messrs. Claude R. Branch* and *R. C. Williamson* for the United States.

No. 292. NATIONAL CANDY Co. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Richard S. Doyle* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *R. C. Williamson* for the United States.

No. 293. FORT DODGE, DES MOINES & SOUTHERN R. Co. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. R. E. Lee Marshall* and *James W. Carmalt* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *Lisle A. Smith* for the United States.

No. 297. MISSOURI PACIFIC R. Co. *v.* KOONSE. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Merritt U. Hayden* and *Edward J. White* for petitioner. *Mr. David W. Hill* for respondent.

No. 298. S. NAITOVE & Co., INC., *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Robert E. Caulson, R. Kemp Slaughter,* and *Hugh C. Bickford* for petitioner. *Solicitor General Hughes* and *Mr. Claude R. Branch* for respondent.